VIRMANI v. PRESBYTERIAN HEALTH SERVICES CORP.

No. 62PA97-2

Case below: 350 N.C. 449

Petition by defendant for rehearing of the decision of this Court pursuant to Rule 31 denied 17 September 1999.